# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAI-AJAH KEEL,<br><br>          Plaintiff,<br>v.<br><br>DELAWARE STATE UNIVERSITY BOARD OF TRUSTEES; CANDY YOUNG, in her individual capacity; PAULA DUFFY, in her individual capacity; and RANDOLPH JOHNSON, in his individual capacity,<br><br>          Defendants. | Case No. 1:17-cv-01818-VAC-CJB |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Delaware State University Board of Trustees, Candy Young, Paula Duffy and Randolph Johnson, by and through their undersigned counsel, respectfully move this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff's Complaint.

The grounds for this Motion are set forth in the Defendants' Opening Brief in Support, which is being filed contemporaneously herewith.

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Gerard M. Clodomir (#5467)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6863
James.Taylor@saul.com
Gerard.Clodomir@saul.com

-2-

*Counsel for Defendants Delaware State University Board of Trustees, Candy Young, Paula Duffy and Randolph Johnson*

Dated: February 20, 2018