

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652-4100

FACSIMILE: 302/652-4400


LOS ANGELES

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760


SAN FRANCISCO

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000

FACSIMILE: 415/263 7010


NEW YORK

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700

FACSIMILE: 212/561 7777


WEB: www.pszjlaw.com

James E. O'Neill                December 14, 2018                joneill@pszjlaw.com

**VIA CM/ECF AND HAND DELIVERY**
Honorable Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE  19801

>   Re:   **Keel v. Delaware State University Board of Trustees**, *et al*.
>         **Case No. 17-cv-1818-MN-SRF**

Dear Judge Noreika:

Our firm, together with The Zalkin Law Firm, P.C., represents Mai-Ajah Keel (the "Plaintiff") in the above referenced matter.  On December 10, 2018, Plaintiff filed her Objections to Magistrate Report and Recommendation [Docket No. 20].  Pursuant to this Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72 dated October 9, 2013, we have delivered today courtesy copies of the documents listed on the attached index.

Please let us know if Your Honor requires any additional documents.

>                    Respectfully Submitted,
>
>                    */s/ James E. O'Neill*
>                    James E. O'Neill

JEO:kky

cc:   James D. Taylor, Jr., Esquire (via CM/ECF)
      Gerard M. Clodomir, Esquire (via CM/ECF)
      Alex S. Zalkin, Esquire (via CM/ECF)

DOCS_DE:222334.1 48574/001